IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| JORGE CINTRON | NO. 89-389 |

**O R D E R**

**AND NOW**, this 30th day of December, 2025, upon consideration of Defendant Jorge Cintron's ("Defendant") motion for reduction of sentence (ECF No. 192), motion to apply retroactive guideline amendments (ECF No. 194), motion to challenge the legality of his sentence (ECF No. 202), and the Government's opposition to the motions (ECF Nos. 197, 209), it is **HEREBY ORDERED** that ECF Nos. 192, 194, and 202 are **DENIED**.

BY THE COURT:

/s/ Kelley B. Hodge
_____
HODGE, KELLEY B., J.